**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan Alberto GUZMAN–SANCHEZ,
Defendant–Appellant.**

**No. 09–41015
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Hector Del Toro, Corpus Christi, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Alberto Guzman–Sanchez (Guzman)

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guzman has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.